**Order entered October 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00572-CV

### ANDRES CHEVEZ, Appellant

### V.

### JERRY L. BRINKERHOFF, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-015850-E**

## ORDER

We **GRANT** appellant's October 28, 2013 third motion for an extension of time to file a brief. Appellant shall file his brief on or before November 8, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     DAVID LEWIS
        JUSTICE